IN THE DISTRICT COURT OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GARY GAMBILL**                                                                                          **PLAINTIFF**

**VS.**                                                    **NO.  3:07CV00048**

**ARAMARK UNIFORM &
CAREER APPAREL, INC.**                                                                          **DEFENDANT**

## ORDER

The pending Unopposed Motion for Admission Pro Hac Vice and for Leave to Proceed Without Local Counsel is hereby GRANTED.  (Docket # 5).

Mr. Drew B. Tipton is admitted before this Court pro hac vice and shall be subject to all disciplinary procedures applicable to lawyers admitted to practice in the State of Arkansas.

IT IS SO ORDERED this 4th day of June, 2007.

_____
James M. Moody
United States District Judge